# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Jeffrey S. Medlin,

    Plaintiff(s),

vs.

William Trull, et al.,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:03cv269

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 2/21/06 Order.

March 6, 2006

FRANK G. JOHNS, CLERK

BY: *(signature)*
Cynthia Huntley, Deputy Clerk